**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 5:26-cv-01983-KES                                    Date: April 22, 2026

Title:  JOSE ALEXANDER HOYES ZAMORA v. MARKWAYNE MULLIN, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

Jazmin Dorado                                           Not Present
Courtroom Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PETITIONER:                                          RESPONDENTS:
None Present                                            None Present

PROCEEDINGS (IN CHAMBERS):        **Order Denying TRO Application (Dkt. 4)**

On April 20, 2026, Jose Alexander Hoyes Zamora ("Petitioner") filed a counseled Petition for a Writ of Habeas Corpus ("Petition" at Dkt. 1) and Application for Temporary Restraining Order ("TRO Application" at Dkt. 4).

IT IS HEREBY ORDERED that the TRO Application is **denied**.  The Court has already set an expedited briefing schedule for the Petition.  (Dkt. 7.)  "Applications for temporary restraining orders should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."  Central District of California General Order 26-05 ¶ 3.[1]  Petitioner has not made such a showing in this case.

Initials of Deputy Clerk jd

_____
[1] https://www.cacd.uscourts.gov/sites/default/files/general-orders/GO%2026-05.pdf