JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ALEXANDER HOYES ZAMORA,

     Petitioner,

v.

MARKWAYNE MULLIN, et al.,

     Respondents.

Case No. 5:26-cv-01983-KES

**JUDGMENT**

     Pursuant to the Court's Order Granting the Petition in Part and Ordering a Bond Hearing within Seven (7) Days and the Court's Order Dismissing Ground 2 of the Petition as Moot, IT IS ADJUDGED that Ground 1 of the Petition is granted and Ground 2 of the Petition is dismissed as moot.

DATED: June 4, 2026

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE